IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02451-LTB

LENELLE GRAY,

    Petitioner,

v.

WARDEN DANIELS,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 7, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

    DATED at Denver, Colorado, this 7 day of November, 2012.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ S. Grimm
                        Deputy Clerk